FILED
JUL 19 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ulysses Goodine, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1288 (UNA) |
| | ) | |
| | ) | |
| Linard Johnson, | ) | |
| | ) | |
| Respondent. | ) | |

MEMORANDUM OPINION

In this *habeas corpus* action, petitioner, proceeding *pro se*, appears to be a pretrial detainee at the District of Columbia Jail, facing charges brought in the Superior Court of the District of Columbia. He moves to be released "pursuant [to the] Bail Reform Act." Pet. Caption. Under the federal Act, which appears inapplicable, petitioner must seek such relief in "the court having original jurisdiction over the offense." 18 U.S.C. § 3145(b). Otherwise, this court lacks jurisdiction to review the D.C. Superior Court's pretrial detention decisions. *See United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (district courts "generally lack[] appellate jurisdiction over other judicial bodies, and cannot exercise appellate mandamus over other courts.") (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C.1986)); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995) (noting that "[b]y filing a complaint in this Court against . . . judges who have done nothing more than their duty . . . Fleming has instituted a meritless action") (applying *District of Columbia Court of*

1

*Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415, 416 (1923)). Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: July  19 , 2017                                   /s/ Tanya␣Chutkan
                                                        United States District Judge